**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**CORDRELL ASKEW**                                                                          **PLAINTIFF**
**ADC #119637**

**v.**                                          **No: 2:18-cv-00014 JLH-PSH**

**KIMBLE,** *et al.*                                                                      **DEFENDANTS**

<u>**JUDGMENT**</u>

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 28th day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE